UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

JUAN MONSALVE,

                     Plaintiff,

         -against-                                        04 Civ. 7312 (LAK)

UNITED STATES OF AMERICA, et al.,

                     Defendants.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Magistrate Judge Freeman's reports and recommendations, dated October 24 and 27, 2008, are hereby adopted. Plaintiff may move, on or before January 14, 2009, for leave to file a second amended complaint. Defendants' pending motion to dismiss the amended complaint is denied without prejudice to renewal should plaintiff fail to move for leave to file a second amended complaint or, if plaintiff does move, should the Court deny that motion.

        SO ORDERED.

Dated:      December 15, 2008

                                           Lewis A. Kaplan
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 12/15/08